

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2025

No. 04-25-00678-CV

**IN RE DORSAL SERVICES, INC.** and Clinton Edward McNiel, Jr.

Original Proceeding[1]

### ORDER

Sitting:    Adrian A. Spears II, Justice
                H. Todd McCray, Justice
                Velia J. Meza, Justice

Relators filed their petition for writ of mandamus and emergency motion for temporary relief on October 21, 2025. We issued an order granting a stay of the trial setting in the underlying matter and requesting briefing from the real party in interest and respondent on October 23, 2025. Relator has since filed a motion to dismiss asserting that the underlying dispute has been settled. We grant the motion to dismiss. The temporary stay is **LIFTED**. The motion for temporary relief is **DENIED AS MOOT**. The petition for writ of mandamus is **DISMISSED**.

It is so **ORDERED** on November 5, 2025.

_H. Todd McCray_
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2025.

_Caitlin A. McCamish_
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 11,221, styled *Priscilla C. Cuellar v. Clinton Edward McNiel, Jr. and Dorsal Services, Inc.*, pending in the 49th Judicial District Court, Zapata County, Texas, the Honorable Jose A. Lopez presiding.